F I L E D
Clerk
District Court

JUL 28 2026

for the Northern Mariana Islands
By_____
_JP_
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

XINLIANG GUO,

        Petitioner,

   v.

SERGIO ALBARRAN, Field Office Director, San Francisco Field Office, Immigration and Customs Enforcement;
DAVID VENTURELLA, Acting Director, Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;
TODD BLANCHE, Acting U.S. Attorney General; and
ANTHONY TORRES, Commissioner of the Commonwealth of the Northern Mariana Islands Department of Corrections;
in their official capacities,

        Respondents.

Case No. 1:26-cv-00016

**ORDER GRANTING
UNOPPOSED MOTION FOR
EXTENSION OF TIME**

Before the Court is an Unopposed Motion for an Extension of Time to Respond to Petition for Habeas Corpus (ECF No. 6), jointly filed by all Respondents except for Anthony Torres ("the Federal Respondents") on July 28, 2026. Therein, the Federal Respondents seek to extend the deadlines for briefing the Petition (ECF No. 1) and a corresponding continuance of the hearing on the same to permit the Federal Respondents to collaborate with the relevant agencies to obtain necessary information for verifying Petitioner's background and immigration status and to relieve

1

the Federal Respondents' counsel from a scheduling conflict.  The Federal Respondents represent that Petitioner does not object to their request.  The Court finds good cause to grant the request.

The Federal Respondents' Unopposed Motion (ECF No. 6) is GRANTED.  The Federal Respondents will file their response to the Petition and Order to Show Cause by **August 6, 2026**.  Petitioner will file any reply thereto by **August 10, 2026**.  The hearing on the Petition is reset to **August 18, 2026, at 9:00 a.m.**, in the Third Floor Courtroom.  Respondent Anthony Torres's appearance at the hearing is WAIVED.

IT IS SO ORDERED this 28th day of July, 2026.

_____
RAMONA V. MANGLONA
Chief Judge