**F I L E D**
Clerk
District Court

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Northern Mariana Islands

AUG 12 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

XINLIANG GUO

_____

*Petitioner*

v.

SERGIO ALBARRAN, ET AL.

_____

*Respondent*

)
)
)
)
)
)

Civil Action No.   1:26-cv-00016

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:     Judgment is entered in favor of Petitioner Xinliang Guo.

_____ .

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Ramona V. Manglona _____   on

Petition for Writ of Habeas Corpus, ECF No. [1]. See Decision and Order Granting Petition for Writ of Habeas Corpus, ECF No. [10].                                         .

Date:     08/12/2026

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*